IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00432 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ELIAS PAGAN, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |

    Now comes the Defendant, Elias Pagan, by and through his undersigned counsel, and hereby gives Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the December 19, 2024 Judgment (R. 80) in the United States District Court, Northern District of Ohio case number 1:23-cr-00432, including but not limited to, the Court's December 18, 2024 sentencing hearing, based upon the questions of law and fact in the above-captioned case.

                                    Respectfully Submitted,

                                      s/ Marisa L. Serrat
                                    **JAIME P. SERRAT LLC**
                                    Marisa L. Serrat, (#0088840)
                                    Attorney for Defendant
                                    55 Public Square
                                    2100 Illuminating Building
                                    Cleveland, OH 44113
                                    (216) 696-2150; (216) 696-1718- fax
                                    MSerratlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Respectfully Submitted,
>
> s/ Marisa L. Serrat
> **JAIME P. SERRAT LLC**
> Marisa L. Serrat, (#0088840)